## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Omni Excavators, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 54-2034296 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1818 New York Avenue**<br>**Suite 222**<br>**Washington, DC 20002**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columb**<br>County | **Location of principal assets, if different from principal place of business**<br>**2850 Kaverton Road District Heights, MD 20747**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2362

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| **15. Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 23, 2024**
MM / DD / YYYY

**X** /s/ Abotorob Rafi                               **Abotorob Rafi**
Signature of authorized representative of debtor        Printed name

Title  **President**

---

**18. Signature of attorney**

**X** /s/ Justin P. Fasano                 Date **February 23, 2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone  **301-441-2420**     Email address  **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

# Resolutions of
# OMNI EXCAVATORS, INC.

WHEREAS, the undersigned, being all of the shareholders of Omni Excavators, Inc. (the "Company"), do hereby resolve as follows as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 11 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11, subchapter V, bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of subchapter V of chapter 11, of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions of subchapter V of chapter 11, of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the

foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: February 22, 2024

OMNI EXCAVATORS, INC.

By: _____, 50% shareholder
Print name _Rob Rafi_

By: _____ 50% shareholder
Print name _MANUEL DIAS_

| | |
|---|---|
| Debtor name | **Omni Excavators, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United States Small Business Administrat 409 3rd St SW Washington, DC 20416** | | **EIDL loan** | | | | **$750,000.00** |
| **DC Office of Unemployment Compensation 4058 Minnesota Ave NE Washington, DC 20019** | | **Unemployment Compensation** | | | | **$384,884.66** |
| **Fariba Amiri 8360 Greensborough Dr. Apt. 309 Mc Lean, VA 22102** | | **Asserted Discrimination/ Breach of Contract** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$351,309.07** |
| **Monumental Concrete 3 DC Village Lane SW Washington, DC 20032** | | **Subcontractor** | | | | **$155,845.01** |
| **East Chop LLC c/o Kali Grosvenor 1200 H Street NE Washington, DC 20002** | | **Asserted breach of contract** | **Disputed** | | | **$149,364.92** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First-Citizens Bank & Trust Company 10201 Centurion Parkway North Suite 100 Jacksonville, FL 32256 | | 2013 Komatsu PC55MR-3 Tracked Excavator, SN: KMTPC212J04017 309 2014 Kubota U55-4 Tracked Excavator, SN: JKUU0554E01H25 125 2012 Bobcat S130 Skid Steer | | | | $114,742.87 |
| District of Columbia 1101 4th Street SW Washington, DC 20024 | | Taxes -withholding | | | | $91,571.79 |
| Juan Vega 7947 Yellow Spring Road Frederick, MD 21702 | | Loan | | | | $70,057.46 |
| National Trench Safety 11343 Maryland Avenue Beltsville, MD 20705 | | | | | | $41,613.00 |
| US Capital Associates PO Box 1728 Silver Spring, MD 20915-1728 | | Insurance | | | | $37,481.16 |
| Elliot & Frantz, Inc. LB # 1483 PO Box 95000 Philadelphia, PA 19195-0001 | | Equipment Rental | | | | $36,687.53 |
| Builders Mutual Insurance Co. 5580 Centerview Dr Raleigh, NC 27606 | | | Disputed | | | $31,732.35 |
| Construction Testing and Engineering, In PO Box 381 Springfield, VA 22150 | | | Disputed | | | $17,790.00 |
| Fiberlight, LLC Attn: Honey Campbell, Esq. 3000 Summit Place, Suite 200 Alpharetta, GA 30009 | | Notice of Damage Incident Claim | Disputed | | | $17,596.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robbins Law Group, PLLC 1100 North Glebe Road Suite 1010 Arlington, VA 22201** | | **Legal Fees** | | | | **$12,089.19** |
| **Allegiance Premium Finance Company PO Box 1750 Cedar City, UT 84721** | | **Premium Finance** | | | | **$10,173.60** |
| **Xylem Inc. 301 Water Street SE, Suite 200 Washington, DC 20003** | | **Water pumping** | | | | **$8,369.88** |
| **Premier Chemical PO Box 12 Laurel, MD 20725** | | | | | | **$3,458.82** |
| **Global Green Recycling LLC 5900 Sheriff Road Capitol Heights, MD 20743** | | **Vendor** | | | | **$2,925.00** |
| **Contractor Supplies and Services Inc. 7840 Cessna Ave., Suite D Gaithersburg, MD 20879** | | **Supplier** | | | | **$2,885.32** |

# United States Bankruptcy Court
## District of Columbia

In re **Omni Excavators, Inc.**          Case No. _____

                 Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abotorob Rafi**<br>**8526 Spartan Road**<br>**Fairfax, VA 22031** | **50%**<br>**shareholder** | | |
| **Manuel Dias**<br>**6906 Courageous Circle**<br>**Burke, VA 22015** | **50%**<br>**shareholder** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 23, 2024**          Signature   **/s/ Abotorob Rafi**

                                                 **Abotorob Rafi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re                                          )

**Omni Excavators, Inc.**                 )    Case No.

                                          )

                                          )    Chapter  **11**

Debtor(s).      )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of | $ | |
| Filing Fee | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

### OR

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

For legal services, I have agreed to accept and received a retainer of $**25,000.00**.

The undersigned shall bill against the retainer at an hourly rate of $**0.00**

2.      The source of the compensation paid to me was:

      ■       Debtor   ☐      Other (specify):

3.      The source of compensation to be paid to me is:

      ■       Debtor   ☐      Other (specify):

4      ■       I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

      ☐       I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.    2016-2(b) if taking the no-look fee
   e.    [Other provisions as needed]

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following service:

<u>**CERTIFICATION**</u>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **February 23, 2024**

**/s/ Justin P. Fasano**
Signature of attorney
**Justin P. Fasano**
Name, Bar Number
**McNamee Hosea,  P.A.**
Firm
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Address
**301-441-2420**
Telephone
**jfasano@mhlawyers.com**
Email Address

# Current Hourly Rates
*EFFECTIVE as of 1/1/2023*

**Partners:**

| | | |
|---|---|---|
| Robert J. Kim | RJK | $525 |
| John P. Lynch | JPL | $525 |
| Garth E. Beall | GEB | $525 |
| Daniel F. Lynch | DFL | $475 |
| Mark W. Schweitzer | MWS | $460 |
| Kevin M. Tracy | KMT | $500 |
| Brent M. Ahalt | BMA | $450 |
| Chris L. Hamlin | CLH | $400 |
| Craig M. Palik | CMP | $425 |
| Charles H. Henderson | CHH | $400 |
| Esther A. Streete | EAS | $475 |
| Matthew C. Tedesco | MCT | $475 |
| Janet M. Nesse | JMN | $525 |
| Danielle M. Cruttenden | DMC | $400 |
| Steve L. Goldberg | SLG | $425 |
| Jennifer M. Alexander | JMA | $450 |
| Lindsey K. Erdmann | LKE | $400 |
| Justin P. Fasano | JPF | $400 |
| Aaron D. Neal | ADN | $400 |

**Senior Counsel:**

| | | |
|---|---|---|
| Gregory R. Hislop | GRH | $375 |

**Of Counsel:**

| | | |
|---|---|---|
| Milton D. Jernigan, II | MDJ | $475 |

**Associates:**

| | | |
|---|---|---|
| Alexander P.R. Ward | AW | $300 |
| Kelly S. Kylis | KSK | $325 |
| Michael L. Brown | MB | $275 |
| C. Ryan Cohill | CRC | $300 |
| Erin B. McAuliffe | EBM | $300 |
| Doan T. Phan | DTP | $300 |
| Justin M. Ginsburg | JG | $325 |
| James C. Tuomey | JCT | $325 |
| Andryse P. Leukeu | APL | $285 |

**Land Use Coordinator:**

| | | |
|---|---|---|
| Bryan C. Spell | BCS | $250 |

**Paralegals/Legal Assistants/Law Clerks/File Clerks:**

| | |
|---|---|
| Based on experience, work performed and particular expertise. | $100 to $250 |

# Expenses

| | | |
|---|---|---|
| Photocopies | B/W | $.20/page |
| | Color | $.30/page |
| Prints | B/W >10 pages | $.10/page |
| | Color > 10 pages | $.15/page |
| Postage | Billed at Current USPS Rates | |
| Telephone Charges | Billed at cost for Long Distance outside of the metro D.C. area and for Conference Calls | |
| Costs Advanced | Billed at cost. All expenses to include, but not limited to, filing fees, court costs, deposition costs, eDiscovery costs, expert witness fees, records searches, courier and delivery fees, etc. are billed at cost. | |

Abotorob Rafi
8526 Spartan Road
Fairfax, VA 22031


Aegis Security Insurance
4507 N. Front Street, Suite 200
Harrisburg, PA 17110


Aldina Dias
6906 Courageous Circle
Burke, VA 22015


Allegiance Premium Finance Company
PO Box 1750
Cedar City, UT 84721


Bio Clean
1629 K St
Suite 300
Washington, DC 20006


Builders Mutual Insurance Co.
5580 Centerview Dr
Raleigh, NC 27606


Catherine R. Stuart
Stuart Law Firm PLLC
1033 Wade Avenue Suite 202
NC 27065


Construction Testing and Engineering, In
PO Box 381
Springfield, VA 22150


Contractor Supplies and Services Inc.
7840 Cessna Ave., Suite D
Gaithersburg, MD 20879

Davis Bucco & Makara
10 E 6th Ave
Conshohocken, PA 19428


DC Office of Unemployment Compensation
4058 Minnesota Ave NE
Washington, DC 20019


District of Columbia
1101 4th Street SW
Washington, DC 20024


East Chop LLC
c/o Kali Grosvenor
1200 H Street NE
Washington, DC 20002


Elliot & Frantz, Inc.
LB # 1483
PO Box 95000
Philadelphia, PA 19195-0001


Emerito Mata Gonzales
6906 Ingram Street
Riverdale, MD 20737


Engs Commercial Finance Co.
One Pierce Place
Suite 1100
Itasca, IL 60143


Fariba Amiri
8360 Greensborough Dr.
Apt. 309
Mc Lean, VA 22102


Ferguson Enterprises, INc.
13890 Lowe Street
Chantilly, VA 20151

Fiberlight, LLC
Attn: Honey Campbell, Esq.
3000 Summit Place, Suite 200
Alpharetta, GA 30009


Financial Pacific Leasing, Inc.
P.O. Box 4568
Federal Way, WA 98063


First-Citizens Bank & Trust Company
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Global Green Recycling LLC
5900 Sheriff Road
Capitol Heights, MD 20743


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Joe Singh & Associates PC
46090 Lake Center Plaza, Suite 108
Sterling, VA 20165


Juan Vega
7947 Yellow Spring Road
Frederick, MD 21702


K.M.S. Storage LLC
c/o David Choi
1818 New York Avenue NE
Sutie 5
Washington, DC 20002


Kimberly Walker
14200 Hardy Tavern Drive
Accokeek, MD 20607

Mahin Rafi
8526 Spartan Road
Fairfax, VA 22031


Manuel Dias
6906 Courageous Circle
Burke, VA 22015


Mayah A'Shanti
Goldberg & Finnegan, LLC
8401 Colesville Road
Suite 630
Silver Spring, MD 20910


Michael Murray
1200 H St NE
Washington, DC 20002


Monumental Concrete
3 DC Village Lane SW
Washington, DC 20032


National Trench Safety
11343 Maryland Avenue
Beltsville, MD 20705


National Trench Safety
260 North Sam Houston Pkwy E #200
Houston, TX 77060


NEI Properties, LLC
3300 Flowers Road
Upper Marlboro, MD 20774


Premier Chemical
PO Box 12
Laurel, MD 20725

Robbins Law Group, PLLC
1100 North Glebe Road
Suite 1010
Arlington, VA 22201


United States Small Business Administrat
409 3rd St SW
Washington, DC 20416


US Capital Associates
PO Box 1728
Silver Spring, MD 20915-1728


Victor Pinto
5606 North 26th Street
Arlington, VA 22207


Xylem Inc.
301 Water Street SE, Suite 200
Washington, DC 20003


Xylem Inc.
26717 Network Place
Chicago, IL 60673

# United States Bankruptcy Court
## District of Columbia

In re  **Omni Excavators, Inc.** _____  Case No. _____

_____ Debtor(s)  Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Omni Excavators, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**February 23, 2024** _____
Date

**/s/ Justin P. Fasano** _____

**Justin P. Fasano**
Signature of Attorney or Litigant
Counsel for   **Omni Excavators, Inc.** _____
**McNamee Hosea,  P.A.**
**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**

# United States Bankruptcy Court
## District of Columbia

In re   **Omni Excavators, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS AND MAILING MATRIX

1.     The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of  **5**  pages and a total of  **42**  entities listed.

2.     The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: __**February 23, 2024**_____     __**/s/ Abotorob Rafi**_____
                                          **Abotorob Rafi/President**
                                          Signer/Title