IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00050-ELG |
| | ) | (Chapter 11) |
| OMNI EXCAVATORS, INC. | ) | |
| | ) | SubChapter V |
| Debtor. | ) | |

## BUDGET FOR FEBRUARY 23, 2024 TO MARCH 9, 2024

**Amount in Bank:** $54,000.00

**Expected Revenue:** $180,000.00

**Balance:** $234,000.00

**Expenses:**  Payroll - Friday March 1st.  $102,000.00
Payroll - Friday March 8th.  $74,000.00
Office Rent - $4,300.00
Insurance - $ 32,000.00
Fuel and Maintenance - $7,000.00
Material (Concrete and Gravel) - $8,000.00
Rental equipment - $3,000.00

**Total Expenses:** $230,300.00