IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00050-ELG |
| | ) | (Chapter 11) |
| OMNI EXCAVATORS, INC. | ) | |
| | ) | SubChapter V |
| Debtor. | ) | |

### AMENDED BUDGET FOR FEBRUARY 23, 2024 TO MARCH 9, 2024

**Amount in Bank:**     **$46,500.00**

**Expected Revenue:**     1- Florida Ave. - $183,676.00
                                  2- Small Dia. Water main 16A - $215,440.00

**Total Expected Revenue**:     **$399,016.00**

**Balance:**     **$445,516.00**

**Expenses:**     Payroll - Friday March 1st.  $102,000.00
                          Payroll - Friday March 8th.  $74,000.00
                          Office Rent - $4,300.00
                          Insurance - $32,000.00
                          Fuel and Maintenance - $7,000.00
                          Material (Concrete and Gravel) - $8,000.00
                          Rental equipment - $3,000.00

**Total Expenses:**     **$230,300.00**