**Fill in this information to identify the case:**

Debtor name **Omni Excavators, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) **24-00050**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 22, 2024__          X */s/ Abotorob Rafi*
                                          Signature of individual signing on behalf of debtor

                                          **Abotorob Rafi**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Omni Excavators, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known)   **24-00050**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................     $     **750,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................     $     **1,750,491.12**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................     $     **2,500,491.12**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................     $     **264,742.87**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................     $     **197,936.79**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................     +$     **2,391,233.65**

4. **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b        $     **2,853,913.31**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Omni Excavators, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)  **24-00050**

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist** | **Checking** | **7141** | **$31,016.95** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$31,016.95** |
| --- | --- |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **$4,300 security deposit with landlord** | **$4,300.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | **$4,300.00** |
| --- | --- |
Add lines 7 through 8. Copy the total to line 81.

| Debtor | Omni Excavators, Inc. | Case number *(If known)* | 24-00050 |
|---|---|---|---|
| | Name | | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:      **338,691.76**   -   **0.00** =....      **$338,691.76**
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **531,970.41**   -   **0.00** =....      **$531,970.41**
                          face amount            doubtful or uncollectible accounts

12.      **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$870,662.17** |

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** 7 Desks, 6 Desktop PC, 1 Office copier, Conference Table and 16 Chairs and 9 cell phones. | **$0.00** | | **$5,000.00** |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | **Omni Excavators, Inc.** | Case number *(If known)* **24-00050** |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$5,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2006 Chevy Dump Truck -  $11,125**<br>**2007 GMC Dump Truck - $15,125**<br>**2015 Bobcat - $30,822**<br>**2016 Bobcat -$23,320**<br>**2019 Kubota - No Eval Required -**<br>**$85,517**<br>**2008 CAT Midi - Eval required if desired**<br>**term over 24 months - $20,140**<br>**2015 Wacker - No Eval Required -**<br>**$11,077**<br>**2013 Light Tower - No Eval required**<br>**(allowed 60 months) - $1,632** | | | |
| **Vehicles financed by First Citizens Bank** | **$0.00** | | **$80,392.00** |

Debtor   **Omni Excavators, Inc.**_____   Case number *(If known)* **24-00050**
         Name

| | | | |
|---|---|---|---|
| 47.2. | **2003 Isuzu NQR - $5000** | | |
| | **1998 Ford H Series - $6000** | | |
| | **2001 GMC W3500 $5500** | | |
| | **2011 Ford F250 $6000** | | |
| | **2000 Isuzu NPR - $5000** | | |
| | **2013 Ford F150 -$10000** | | |
| | **2013 Ford F150 -$8000** | | |
| | **2004 Ford Econoline - $5000** | | |
| | **1998 Isuzu FTR $20000** | | |
| | **2006 Chevrolet C65 - $15000** | | |
| | **2000 GMC T-Series - $10000** | | |
| | **2005 Ford F-750 - $18,000** | | |
| | **2000 Ford F-750 -12,000** | | |
| | **2005 Ford F-750 - $18000** | | |
| | **2000 Ford F-650 - $12,000** | | |
| | **2000 Isuzu NPR - $6000** | | |
| | **2012 FOrd F-250 - $10000** | | |
| | **1995 Towm - $4000** | | |
| | **2007 GMC  $6000** | | |
| | **2001 GMC  $7000** | | |
| | **2017 Toyota  $10000** | **$0.00** | **$183,000.00** |
| 47.3. | **Ford F-150** | **$0.00** | **$22,391.00** |
| 47.4. | **2021 Ford F150** | **$0.00** | **$30,091.00** |
| 47.5. | **Ford F150** | **$0.00** | **$22,391.00** |
| 47.6. | **2018 Ford TK** | **$0.00** | **$9,904.00** |
| 47.7. | **2021 Ford PK** | **$0.00** | **$22,343.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Omni Excavators, Inc.** | Case number *(If known)* **24-00050** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Komatsu Wheel Loader K54103 - $15000**<br>**Wacker Roller Rd12A - $5,000**<br>**Bobcate Skidsteer S220 - $10,000**<br>**Magnum Light Tower - $3,000**<br>**Allman Light Tower - $2.000**<br>**2 Allman Arrow Boards - $2,000 each**<br>**Walker Light Tower - $3,000**<br>**SAF-T-CNB Compact Roller - $3,000**<br>**Bobcat T630 - $15,000**<br>**Airman Comprssoer $5000**<br>**Kubota KX080-4S $40,000**<br>**9 Hitachi ZX85USB5 Excavators - $285,000**<br>**Caterpillaer 304CCR - $10000**<br>**MQ Trailer Generator - $1000**<br>**Allmand Night Light Pro II V - Light Tower -**<br>**$1000**<br>**MLT3060k-01 Light Tower - $1000**<br>**Hitachi - ZX350USB Excavator - $50000**<br>**Hamm Roller Compacter $15000** | **$0.00** | **$423,000.00** |
| **Bobcat S510 - Skid Steer Serial Number**<br>**ALNW11752 -22000**<br>**John Deere -17D- Excavator**<br>**1FF017DXAA0220742 - 6000**<br>**Wacker Neuson - RT Trench - Compactor**<br>**20296083 -8000**<br>**GME - MH8DW 8'8"x8' Steel - Trench Box**<br>**-10000** | **$0.00** | **$46,000.00** |

| 51. | **Total of Part 8.** | | **$839,512.00** |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Omni Excavators, Inc.** | | Case number *(If known)*  **24-00050** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **2850 Kaverton Road**<br>**District Heights, MD**<br>**20747** | Fee Simple | Unknown | N/A | $750,000.00 |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> **$750,000.00**

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Omni Excavators, Inc.** | Case number *(If known)* | **24-00050** |
|--------|---------------------------|--------------------------|--------------|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$31,016.95** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$4,300.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$870,662.17** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$839,512.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | **$750,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,750,491.12** | + 91b. **$750,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$2,500,491.12** |

**Fill in this information to identify the case:**

Debtor name **Omni Excavators, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) **24-00050**

☐ Check if this is an
  amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Bank** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | **PO Box 380903**<br>**Minneapolis, MN**<br>**55438-0903** | **Ford F-150** | **Unknown** / **$22,391.00** |
| | Creditor's mailing address | Describe the lien | |
| | | Is the creditor an insider or related party? | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | |

| 2.2 | **Ally Bank** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | **PO Box 380903**<br>**Minneapolis, MN**<br>**55438-0903** | **Ford F150** | **Unknown** / **$22,391.00** |
| | Creditor's mailing address | Describe the lien | |
| | | Is the creditor an insider or related party? | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | |

| Debtor | **Omni Excavators, Inc.** | Case number (if known) | **24-00050** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Engs Commercial Finance Co.** | Describe debtor's property that is subject to a lien | **Unknown** | **$46,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Bobcat S510 - Skid Steer Serial Number ALNW11752 -22000
John Deere -17D- Excavator 1FF017DXAA0220742 - 6000
Wacker Neuson - RT Trench - Compactor 20296083 -8000
GME - MH8DW 8'8"x8' Steel - Trench Box -10000**

**One Pierce Place
Suite 1100
Itasca, IL 60143**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First-Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | **$114,742.87** | **$80,392.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2006 Chevy Dump Truck -  $11,125
2007 GMC Dump Truck -$15,125
2015 Bobcat - $30,822
2016 Bobcat -$23,320
2019 Kubota - No Eval Required - $85,517
2008 CAT Midi - Eval required if desired term over 24 months - $20,140
2015 Wacker - No**

**10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Omni Excavators, Inc.** | Case number (if known) | **24-00050** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | **Unknown** | **$30,091.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 94380
Palatine, IL 60094-4380**

**2021 Ford F150**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | **Unknown** | **$22,343.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 94380
Palatine, IL 60094-4380**

**2021 Ford PK**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **NEI Properties, LLC** | Describe debtor's property that is subject to a lien | **$150,000.00** | **$750,000.00** |
|---|---|---|---|---|

Creditor's Name

**3300 Flowers Road
Upper Marlboro, MD 20774**

**2850 Kaverton Road District Heights, MD 20747**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **Omni Excavators, Inc.** | Case number (if known) | **24-00050** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **TD Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **2018 Ford TK leased from TD Bank** | | |

**507 Prudential Road**
**Horsham, PA**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$264,742.87** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Omni Excavators, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) **24-00050**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**District of Columbia**<br>**1101 4th Street SW**<br>**Washington, DC 20024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91,571.79 | $91,571.79 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes -withholding** | | |
| Last 4 digits of account number **1643**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**941 taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Omni Excavators, Inc. | Case number (if known) | 24-00050 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Virginia Department of Taxatio**<br>**P.O. Box 1115**<br>**Richmond, VA 23218-1115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106,365.00 | $106,365.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Aegis Security Insurance**<br>**4507 N. Front Street, Suite 200**<br>**Harrisburg, PA 17110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Former insurance company**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$48,000.00** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Allegiance Premium Finance Company**<br>**PO Box 1750**<br>**Cedar City, UT 84721**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Premium Finance**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$10,173.60** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Bio Clean**<br>**1629 K St**<br>**Suite 300**<br>**Washington, DC 20006**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Cleaning**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$2,780.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Builders Mutual Insurance Co.**<br>**5580 Centerview Dr**<br>**Raleigh, NC 27606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$31,732.35** |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Construction Testing and Engineering, In**<br>**PO Box 381**<br>**Springfield, VA 22150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,790.00** |

| Debtor | Omni Excavators, Inc. | Case number (if known) | 24-00050 |
|---|---|---|---|
| | Name | | |

---

**3.6**

Nonpriority creditor's name and mailing address
**Davis Bucco & Makara**
**10 E 6th Ave**
**Conshohocken, PA 19428**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEgal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.7**

Nonpriority creditor's name and mailing address
**DC Office of Unemployment Compensation**
**4058 Minnesota Ave NE**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number **x806**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unemployment Compensation**

Is the claim subject to offset? ■ No ☐ Yes

**$384,884.66**

---

**3.8**

Nonpriority creditor's name and mailing address
**East Chop LLC**
**c/o Kali Grosvenor**
**1200 H Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Asserted breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

**$149,364.92**

---

**3.9**

Nonpriority creditor's name and mailing address
**Elliot & Frantz, Inc.**
**LB # 1483**
**PO Box 95000**
**Philadelphia, PA 19195-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset? ■ No ☐ Yes

**$36,687.53**

---

**3.10**

Nonpriority creditor's name and mailing address
**Fariba Amiri**
**8360 Greensborough Dr.**
**Apt. 309**
**Mc Lean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Asserted Discrimination/ Breach of Contract**

Is the claim subject to offset? ☐ No ■ Yes

**$351,309.07**

---

**3.11**

Nonpriority creditor's name and mailing address
**Ferguson Enterprises, INc.**
**13890 Lowe Street**
**Chantilly, VA 20151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Equipment Financing (believed to be paid off, listed for notice only)**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.12**

Nonpriority creditor's name and mailing address
**Fiberlight, LLC**
**Attn: Honey Campbell, Esq.**
**3000 Summit Place, Suite 200**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice of Damage Incident Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$17,596.00**

---

| Debtor | **Omni Excavators, Inc.** | Case number (if known) | **24-00050** |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Financial Pacific Leasing, Inc.**
**P.O. Box 4568**
**Federal Way, WA 98063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Financing**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00**

**Joe Singh & Associates PC**
**46090 Lake Center Plaza, Suite 108**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,057.46**

**Juan Vega**
**7947 Yellow Spring Road**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Kimberly Walker**
**14200 Hardy Tavern Drive**
**Accokeek, MD 20607**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Motor Tort**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155,845.01**

**Monumental Concrete**
**3 DC Village Lane SW**
**Washington, DC 20032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,613.00**

**National Trench Safety**
**11343 Maryland Avenue**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,458.82**

**Premier Chemical**
**PO Box 12**
**Laurel, MD 20725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Omni Excavators, Inc.** | Case number (*if known*) | **24-00050** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Prosper Inc.**
**4805 Frolich Lane**
**Hyattsville, MD 20781-1208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,089.19** |
|---|---|---|---|

**Robbins Law Group, PLLC**
**1100 North Glebe Road**
**Suite 1010**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750,000.00** |
|---|---|---|---|

**United States Small Business Administrat**
**409 3rd St SW**
**Washington, DC 20416**

Date(s) debt was incurred _

Last 4 digits of account number  **8508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EIDL loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,481.16** |
|---|---|---|---|

**US Capital Associates**
**PO Box 1728**
**Silver Spring, MD 20915-1728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,369.88** |
|---|---|---|---|

**Xylem Inc.**
**301 Water Street SE, Suite 200**
**Washington, DC 20003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water pumping**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zev Cohen**
**5624 Oak Place**
**Bethesda, MD 20817**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Omni Excavators, Inc. | Case number (if known) | 24-00050 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Catherine R. Stuart<br>Stuart Law Firm PLLC<br>1033 Wade Avenue Suite 202<br>NC 27065 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| **4.2** Elliott & Frantz Inc<br>450 E Church Road<br>King of Prussia, PA 19406 | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| **4.3** Mayah A'Shanti<br>Goldberg & Finnegan, LLC<br>8401 Colesville Road<br>Suite 630<br>Silver Spring, MD 20910 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| **4.4** Michael Murray<br>1200 H St NE<br>Washington, DC 20002 | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| **4.5** National Trench Safety<br>260 North Sam Houston Pkwy E #200<br>Houston, TX 77060 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| **4.6** Xylem Inc.<br>26717 Network Place<br>Chicago, IL 60673 | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 197,936.79 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,391,233.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,589,170.44 |

**Fill in this information to identify the case:**

Debtor name **Omni Excavators, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) **24-00050**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SD Water MAin 16A**<br><br><br><br>**Capitol Paving of DC Inc**<br>**2211 Channing St NE**<br>**Washington, DC 20018** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **S  Street Project**<br><br><br><br>**Capitol Paving of DC Inc**<br>**2211 Channing St NE**<br>**Washington, DC 20018** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kennedy Street Project**<br><br><br><br>**Fort Myer Construction Corporation**<br>**2237 33rd Street, NE**<br>**Washington, DC 20018** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Douglas Bridge (only retainage remaining to be paid)**<br><br><br><br>**Fort Myer Construction Corporation**<br>**2237 33rd Street, NE**<br>**Washington, DC 20018** |

| Debtor 1 | **Omni Excavators, Inc.** | | | Case number *(if known)* | **24-00050** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **K.M.S. Storage LLC** |
| | | | **c/o David Choi** |
| | | | **1818 New York Avenue NE** |
| | List the contract number of any government contract | | **Sutie 5** |
| | | | **Washington, DC 20002** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Florida Avenue Project** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **Metro Paving Cororation** |
| | List the contract number of any government contract | | **5470 Lafayette Place** |
| | | | **Hyattsville, MD 20781** |

**Fill in this information to identify the case:**

Debtor name      **Omni Excavators, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF COLUMBIA

Case number (if known)      **24-00050**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abotorob Rafi** | **8526 Spartan Road<br>Fairfax, VA 22031<br>Disputed as to co-liability** | **East Chop LLC** | ☐ D _____<br>■ E/F   **3.8**<br>☐ G _____ |
| 2.2 | **Abotorob Rafi** | **8526 Spartan Road<br>Fairfax, VA 22031** | **Aegis Security Insurance** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.3 | **Aldina Dias** | **6906 Courageous Circle<br>Burke, VA 22015** | **Aegis Security Insurance** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.4 | **Emerito Mata Gonzales** | **6906 Ingram Street<br>Riverdale, MD 20737** | **Kimberly Walker** | ☐ D _____<br>■ E/F   **3.16**<br>☐ G _____ |
| 2.5 | **Mahin Rafi** | **8526 Spartan Road<br>Fairfax, VA 22031** | **Aegis Security Insurance** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* | **24-00050** |
|---|---|---|---|

---

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Manuel Dias**<br>**6906 Courageous Circle**<br>**Burke, VA 22015** | **Aegis Security Insurance** | ☐ D _____<br>▮ E/F ___3.1___<br>☐ G _____ |
| 2.7 | **Victor Pinto**<br>**5606 North 26th Street**<br>**Arlington, VA 22207** | **Aegis Security Insurance** | ☐ D _____<br>▮ E/F ___3.1___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Omni Excavators, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)    **24-00050**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$760,767.24** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$11,140,520.81** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$12,408,720.90** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Omni Excavators, Inc.** | | Case number *(if known)* | **24-00050** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **To be supplemented** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Fariba Amiri vs. Onni Excavators, Inc. et al 1:18-cv-00586-BAH** | **Tort/ contract** | **US District Court D.C. 333 Constitution Avenue NW Washington, DC 20001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **East Chop LLC vs. Omni Excavators, Inc. et al 2023 CAB 002420** | **Breach of former lease** | **DC Superior Court 500 Indiana Ave NW, Washington, DC 20001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **NLRB vs Omni Excavators, Inc. Case 05-CA-291774** | **Labor** | **NLRB** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* **24-00050** |
|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNamee Hosea, P.A.**<br>**6404 Ivy Lane, Suite 820**<br>**Greenbelt, MD 20770** | **Attorney Fees** | **11/28/23:**<br>**$15,000**<br>**1/3/24:**<br>**$10,000** | **$25,000.00** |
| | Email or website address<br>**jfasano@mhlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* **24-00050** |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1326 H Street NE Washington, DC 20002** | **April 2019 to April 2023** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* | **24-00050** |
|---|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Debtor | Omni Excavators, Inc. | Case number *(if known)* | 24-00050 |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Joe Singh & Associates PC**<br>**46090 Lake Center Plaza, Suite 108**<br>**Sterling, VA 20165** | **Approximately 12 years** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Abotorob Rafi** | **8526 Spartan Road**<br>**Fairfax, VA 22031** | **Vice President** | **49%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Manuel Dias** | **6906 Courageous Circle**<br>**Burke, VA 22015** | **President** | **51** |

---

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* **24-00050** |
|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Manuel Dias**<br>**6906 Courageous Circle**<br>**Burke, VA 22015** | **91000 salary** | | |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **Abotorob Rafi**<br>**8526 Spartan Road**<br>**Fairfax, VA 22031** | **91000 salary** | | |
| | Relationship to debtor<br>**Vice President** | | | |

Debtor  **Omni Excavators, Inc.**                                          Case number *(if known)*  **24-00050**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | | 2/23/24: $7,304.18 2/16/24: $9,850.46 1/16/24: $357.24 12/22/23: $3,608.86 10/6/23: $17,732.69 9/29/23: $6,437.31 9/25/23: $7,379.03 8/7/23: $5,490.01 7/31/23: $6,540.42 7/17/23: $1,143.77 7/7/23: $11,566.27 6/23/23: $2,935.63 6/19/23: $1,364.74 6/12/23: $509.70 6/5/23: $463.96 5/1/23: $8,824.62 4/24/23: $2,091.32 4/24/23: $14,105.65 3.31.23: $4,193.36 3/24/23: $2,549.28 3/17/23: $2,000 3/10/23: $2,872.16 3/3/23: $1,928.64 | |
| | **Manuel Dias** **6906 Courageous Circle** **Burke, VA 22015** | **120782** | | **Expense reimbursment** |
| | **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | **Omni Excavators, Inc.** | Case number *(if known)* **24-00050** |
|--------|---------------------------|----------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2024**

**/s/ Abotorob Rafi**                                   **Abotorob Rafi**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes