The order below is hereby signed.

Signed: May 16 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

OMNI EXCAVATORS, INC.,

    Debtor and Debtor in Possession.

Case No. 24-00050-ELG
Chapter 11
Subchapter V

## ORDER EXTENDING TIME TO FILE PLAN

Upon consideration of the *Motion to Extend Time to File Plan* (the "Motion") filed by Omni Excavators, Inc. (the "Debtor") and good cause being shown, it is by the United States Bankruptcy Court for the District of Columbia, hereby

**ORDERED**, that the Motion **GRANTED IN PART AS FOLLOWS**, and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 1189(b), the deadline for the Debtor to file a plan is extended for sixty days, to and including July 22, 2024.

**END OF ORDER**

I ASK FOR THIS

/s/ *Justin Fasano*
Janet M. Nesse (Bar No. 358514)
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Debtor*