**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| OMNI EXAVATORS, INC. ) | Case No. 24-00050 |
| ) | Chapter 11 |
| Debtor. ) | |
| _____) | |
| ) | |
| FARIBA AMIRI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 24-10018 |
| ) | |
| OMNI EXCAVATORS, INC., et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

# MOTION TO WITHDRAW APPEARANCE

COMES NOW Dawn C. Stewart, Esq. and The Stewart Law Firm, PLLC (collectively counsel), pursuant to Local Rule 9010-2, and with the consent of Plaintiff/Creditor Fariba Amiri, hereby submits this Consent Motion to Withdraw from Representation and in support thereof states as follows:

1) Counsel currently represents Creditor Amiri in the Chapter 11 of Omni Excavators, Inc.

2) Counsel previously and briefly represented Creditor Amiri in Adversary Proceeding No. 24-100018. That Adversary Proceeding has been dismissed.

3) Amiri is currently the Plaintiff in Adversary Proceeding No. 24-100019. Counsel is not

counsel of record in that proceeding and has not entered an appearance in that proceeding.

4) Counsel does not intend to enter an appearance in Case No. 24-100019 and Amiri does not wish Counsel to enter an appearance in that matter.

5) Counsel and Amiri agree that Counsel may withdraw from representation of Ms. Amiri in the Omni Excavators, Inc. Chapter 11.

6) Counsel and Amiri agree that, to the extent necessary, Counsel may withdraw from representation of Ms. Amiri in any related Adversary Proceedings.

7) If necessary, Counsel is prepared to supply the Court with additional reasons for withdrawal.

WHEREFORE, Counsel, with the written consent of Creditor Amiri, requests this Court to enter an Order granting the withdrawal of Counsel from the representation of Amiri in the Chapter 11 of Omni Excavators, Inc. and in any related matters pending before this Court.

Respectfully submitted,

THE STEWART LAW FIRM, PLLC

Dated: July 15, 2024

/s/ Dawn C Stewart
Dawn C Stewart, Esq., No. 458555
1600 N. Oak Street - Suite 1216
Arlington, VA  22209
Telephone:  (202) 276-9264
Email:  dstewart@thestewartlawfirm.com
*Counsel for Creditor Fariba Amiri*

2

## Certificate of Service

I HEREBY CERTIFY that on this 15th day of July, 2024, a true and correct copy of the foregoing Consent Motion to Withdraw as Counsel should be served electronically on all persons receiving notices via the Court's CM/ECF system.

/s/ Dawn C. Stewart
Dawn C. Stewart