**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:                                                    )
                                                         )
OMNI EXAVATORS, INC.                                      )        Case No. 24-00050
                                                         )        Chapter  11
       Debtor.                                            )
_____)

# ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

UPON CONSIDERATION of the Consent Motion of Dawn C. Stewart and the Stewart Law Firm (collectively "Counsel") and Consenting Creditor Fariba Amiri ("Amiri") and;

IT APPEARING that cause exists to grant the Motion to Withdraw; it is hereby,

ORDERED that the Motion to Withdraw is granted and Counsel is hereby relieved of representation of Creditor Amiri in the above referenced matter and in any related Adversary Proceeding pending before this Court.

Dawn C Stewart, D.C.  Bar No. 458555
The Stewart Law Firm, PLLC
1600 N. Oak St., Ste 1216
Arlington, VA  22209
Phone: (202) 276-9264
Email: dstewart@thestewartlawfirm.com
Counsel/Movant

Case 24-00050-ELG   Doc 75-1   Filed 07/15/24   Entered 07/15/24 16:20:53   Desc
Proposed Order    Page 2 of 2

WE ASK FOR THIS:

THE STEWART LAW FIRM, PLLC


By:   /s/      Dawn C. Stewart
      Dawn C. Stewart, D.C. Bar No. 458555
      1600 N. Oak Street, Suite 1216
      Arlington, VA 22209
      Phone: (202) 276-9264
      Email: dstewart@thestewartlawfirm.com
      Movant

Copies to:

Fariba Amiri
8360 Greensborough Dr
Apt 309
Mc Lean, VA  22102
Creditor

Justin Fasano, Esq.
McNamee Hosea
6404 Ivy Lane
Suite 820
Greenbelt, MD  20770
Counsel for Debtor

Dawn C. Stewart. Esq.
The Stewart Law Firm, PLLC
1600 N. Oak Street, Suite 1216
Arlington, VA 22209

**END OF ORDER**