# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Omni Excavators, Inc.,** | Case No. 24-00050-ELG |
| Debtor. | Chapter 11 – Subchapter V |

## U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Gerard R. Vetter, Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7 or in the alternative, to dismiss this case, whichever is in the best interests of the creditors and the estate.

In support of this motion the following representations are made:

1. The Court has authority to hear and decide this matter. 28 U.S.C. § 1334.

2. This is a core matter. 28 U.S.C. § 157(b)(2)(A).

3. On February 23, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Columbia (the "Court").

4. On February 26, 2024, Angela Shortall was appointed as Subchapter V Trustee in the case. (Doc. No. 7).

5. The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that when a movant establishes cause, the Court shall either convert to chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

6.      At the time of filing this Motion, the Debtor has failed to file a monthly operating report for the months of June and July 2024.  Additionally, the filed monthly operating reports for April and May 2024 seem to be identical and fail to include copies of cancelled checks.  The U.S. Trustee has sent several inquiries to the Debtor, through counsel, yet to date, the outstanding documents pertaining to the monthly operating reports have not been provided

7.      At the time of filing this Motion, the Debtor has failed to respond to requests from the U.S. Trustee and provide certain reasonably requested documents to the U.S. Trustee, including but not limited to: (i) adding the U.S. Trustee as a certificate holder for all insurance policies, (ii) evidence of closing pre-petition bank accounts, and opening of new DIP account, (iii) copy of tax return extension request filed with IRS for 2023; (iv) payroll distribution for the last two months; (v) accounts receivable aging details; and (vi) personal credit card statements for the businesses for the past six months. The U.S. Trustee has sent several inquiries to the Debtor, through counsel, yet to date, the outstanding documents have not been provided.

## **Argument**

The Court, for cause, after notice and hearing, may dismiss or convert a case to a case under chapter 7, whichever is in the best interests of the creditors and the estate.  11 U.S.C. § 1112(b)(1).

Under 11 U.S.C. § 1112(b)(4)(F) cause exists where "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter".  The Debtor has failed to file monthly operating reports for June and July 2024. Failure to file this report is grounds for conversion or dismissal of the case.

Under 11 U.S.C. § 1112(b)(4)(H) cause exists for "failure timely to provide information or attend meetings reasonably requested by the United States Trustee."  As of the date and time of filing this Motion, the U.S. Trustee has still not received a complete response to his request and

has not received, among other things, (i) adding the U.S. Trustee as a certificate holder for all insurance policies, (ii) evidence of closing pre-petition bank accounts, and opening of new DIP account, (iii) copy of tax return extension request filed with IRS for 2023; (iv) payroll distribution for the last two months; (v) accounts receivable aging details; and (vi) personal credit card statements for the businesses for the past six months. Additionally, the filed monthly operating reports for April and May 2024 failed to include copies of cancelled checks. Failure to provide such basic information is cause for conversion or dismissal of the case.

As the U.S. Trustee has established a *prima facie* case that "cause" exists to convert or dismiss this case, the burden shifts to the Debtor to demonstrate that "unusual circumstances" exist that establish that converting or dismissing the case is not in the best interests of creditors and the estate to avoid the mandatory conversion or dismissal of their case. *See* 11 U.S.C. § 1112(b)(2). For the exception to apply, the court must find and specifically identify unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate. *Id.* The debtor or another party in interest must then: (1) establish that there is a reasonable likelihood that a plan will be confirmed within a reasonable period of time; and (2) that the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—(i) for which there exists a reasonable justification for the act or omission; and (ii) that it will be cured within a reasonable period of time fixed by the court. *Id.*; *See In re Landmark Atl. Hess Farm, LLC,* 448 B.R. 707 (Bankr. D. Md. 2011). The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case in not in the best interest of creditors and the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

August 28, 2024                              GERARD R. VETTER
                                             ACTING U.S. TRUSTEE, REGION 4


                                             By: */s/ Kristen S. Eustis*
                                             Kristen S. Eustis, Trial Attorney
                                             Federal Bar No. MD28984
                                             Office of the United States Trustee
                                             1725 Duke St., Suite 650
                                             Alexandria, VA 22314
                                             (703) 557-7227- Direct Dial
                                             Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on August 28, 2024, I electronically filed the foregoing Motion to Convert or Dismiss with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Nancy L. Alper nancy.alper@dc.gov

Fariba Amiri documentsomni@gmail.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Justin Philip Fasano jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Michael J Klima jklima@kpdlawgroup.com

Johnie Rush Muncy jmuncy@siwpc.com, dpesachowitz@siwpc.com; dsasser@siwpc.com; mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Brian J Petruska bpetruska@maliuna.org

Seth Adam Robbins srobbins@robbins-lawgroup.com

Angela Shortall ashortall@3cubed-as.com, md70@ecfcbis.com

Dawn C. Stewart DStewart@thestewartlawfirm.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

and via first class mail, postage prepaid to:

| | |
|---|---|
| Ally Bank<br>c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Dawn R. Anderson-Jackson<br>Jackson Associates Law Firm, PLLC<br>1300 Caraway Court, Suite 100<br>Largo, MD 20774 |
| BMW Financial Services NA, LLC,<br>c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | First Citizens Bank and Trust Company<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131 |
| Ford Motor Credit Company, LLC<br>c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Susan E. Huhta<br>OUTTEN & GOLDEN LLP<br>1225 New York Avenue NW<br>Suite 1200b<br>Washington, DC 20005 |

I further certify that on August 28, 2024, a copy of the foregoing Motion was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Omni Excavators, Inc.<br>1818 New York Avenue, Suite 222<br>Washington, DC 20002 | United States Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 |
| DC Office of Unemployment Compensation<br>4058 Minnesota Ave NE<br>Washington, DC 20019 | Fariba Amiri<br>8360 Greensboro Dr., Apt. 309<br>McLean, VA 22102 |
| Monumental Concrete<br>3 DC Village Lane SW<br>Washington, DC 20032 | East Chop LLC<br>c/o Kali Grosvenor<br>1200 H Street NE<br>Washington, DC 20002 |
| First-Citizens Bank & Trust Company<br>10201 Centurion Parkway North<br>Suite 100<br>Jacksonville, FL 32256 | District of Columbia<br>1101 4th Street SW<br>Washington, DC 20024 |
| Juan Vega<br>7947 Yellow Spring Road<br>Frederick, MD 21702 | National Trench Safety<br>11343 Maryland Avenue<br>Beltsville, MD 20705 |
| US Capital Associates<br>PO Box 1728<br>Silver Spring, MD 20915-1728 | Elliot & Frantz, Inc.<br>LB # 1483<br>PO Box 95000<br>Philadelphia, PA 19195-0001 |
| Builders Mutual Insurance Co.<br>5580 Centerview Dr.<br>Raleigh, NC 27606 | Construction Testing and Engineering, Inc.<br>PO Box 381<br>Springfield, VA 22150 |
| Fiberlight, LLC<br>Attn: Honey Campbell, Esq.<br>3000 Summit Place, Suite 200<br>Alpharetta, GA 30009 | Robbins Law Group, PLLC<br>1100 North Glebe Road, Suite 1010<br>Arlington, VA 22201 |
| Allegiance Premium Finance Company<br>PO Box 1750<br>Cedar City, UT 84721 | Xylem Inc.<br>301 Water Street SE, Suite 200<br>Washington, DC 20003 |
| Premier Chemical<br>PO Box 12<br>Laurel, MD 20725 | Global Green Recycling LLC<br>5900 Sheriff Road<br>Capitol Heights, MD 20743 |
| Contractor Supplies and Services Inc.<br>7840 Cessna Ave., Suite D<br>Gaithersburg, MD 20879 | |

                                           */s/ Robert W. Ours*
                                           Robert W. Ours
                                           Paralegal Specialist