# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 24-00050-ELG |
| OMNI EXCAVATORS, INC., ) | Chapter 11 |
| ) | Subchapter V |
| Debtor and Debtor in Possession. ) | |

## OPPOSITION TO U.S. TRUSTEE'S
## MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Omni Excavators, Inc ("Debtor") objects to the *U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case* (the "Motion," Docket No. 97) filed by Gerard R. Vetter, Acting United States Trustee for Region 4 (the "Movant") and states as follows:

1. The Debtor is striving to provide documents responsive to the requests of Movant and hopes to provide responsive documents and summaries prior to a hearing on the Motion.

2. The Debtor is now current on monthly operating reports. The Debtor will fix the May monthly operating report shortly, which was an oversight.

3. The Debtor has now opened a DIP account.

4. The Debtor has previously added the United States Trustee on its insurance.

5. The Debtor is working to provide the United States Trustee all other requested documents.

6. The Debtor has filed what it at the time believed to be a confirmable plan that would maximize payment to creditors. While an amended plan will have to be filed, the Debtor

---
Janet M. Nesse (Bar No. 358514)
Justin P. Fasano (Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Debtor*

believes it will be able to do shortly. The Debtor's receivable collection is expected to significantly increase this month and next month enabling a confirmable plan.

WHEREFORE, for the foregoing reasons, the Debtor respectfully requests that the Motion be denied, and that the Court grant such other relief as it deems appropriate and proper.

Date: September 18, 2024

Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this September 18, 2024, a copy of the foregoing was served electronically via the Court's ECF system.

/s/ *Justin P. Fasano*
Justin P. Fasano