The order below is hereby signed.

Signed: February 26 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| Omni Excavators, Inc. | Case No. 24-00050-ELG |
| | (Chapter 11-Subchapter V) |
| Debtor | |

**ORDER APPROVING SUBCHAPTER V TRUSTEE'S**
**FIRST AND FINAL APPLICATION FOR COMPENSATION**

Upon consideration of the Application of Angela L. Shortall, Subchapter V Trustee, for allowance of compensation and expenses for services performed for the period February 26, 2024 through November 13, 2024 (the "Application Period"), and any objections thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Application is APPROVED; and it is further

ORDERED, that Angela L. Shortall is awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $9,550.00 for the Application Period plus reimbursement of out-of-pocket expenses in the amount of $83.25 for a total claim of $9,633.25; and it is further

ORDERED, that the Debtor is hereby authorized and directed to pay the Applicant and judgment is awarded in the amount of $9,633.25, representing fees and expenses necessarily incurred during the Application Period.

I ask for this:

/s/ Angela L. Shortall
Angela Shortall
3Cubed Advisory Services, LLC
348 Thompson Creek Mall, Suite 339
Stevensville, MD 21666
Phone: 410-200-3465
Email:   ashortall@3cubed-as.com
*Chapter 11 SubV Trustee*

Seen and No objection:

| /s/Kristen S. Eustis | /s/Justin P. Fasano |
|---|---|
| Kristen S. Eustis, Esq. | Justin P. Fasano, Esq. |
| Office of the United States Trustee | McNamee Hosea, P.A. |
| 1725 Duke Street, Ste 650 | 6404 Ivy Lane, Ste 820 |
| Alexandria, VA 22314 | Greenbelt, MD 22070 |
| Phone: 703-557-7227 | Phone: 301-441-2420 |
| Email: Kristen.S.Eustis@usdoj.gov | Fax : 301-982-9450 |
| | Email: jfasano@mhlawyers.com |
| | *Counsel for Debtor* |

Cc:
Counsel for Debtor
Chapter 11 Trustee
US Trustee
All Creditors
All Interested Parties

**END OF ORDER**