# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF COLUMBIA

In re:  | Case No. 24-00050

    Omni Excavators, Inc.

Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Angela L. Shortall*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $ 0.  The case was dismissed with no plan confirmed and no plan payments made to the trustee.  I filed an Application for compensation under 11 U.S.C. § 330(a), and on February 26, 2025 an Order was entered approving compensation in the amount of $9,550.00 plus reimbursement of out-of-pocket expenses of $83.25 for a total claim of $9,633.25. No funds have been paid to me for these fees and expenses.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.

Date: 2/26/2025                               By: <u>Angela L. Shortall</u>
                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR B**