**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re<br><br>**OMNI EXCAVATORS, INC.**<br><br>Debtor | CASE NO. **24-00050**<br><br>Chapter 11 – SubChapter V |

**ORDER DISCHARGING SUBCHAPTER V TRUSTEE**
**IN A DISMISSED CASE**

It appearing to the Court that the Subchapter V Trustee in the above−entitled case, Angela L. Shortall has performed all duties required of her in the administration of said Subchapter V estate;

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

| | |
|---|---|
| */S/ Angela L. Shortall*<br>Angela L. Shortall<br>111 S. Calvert St., Suite 1400<br>Baltimore, MD 21202<br>Phone: 410-783-6385<br>Ashortall@3cubed-as.com | *S/ Kristen S. Eustis*<br>Kristen S. Eustis<br>Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314<br>703-557-7227<br>Email: Kristen.S.Eustis@usdoj.gov |

## CERTIFICATE PURSUANT TO LBR 9072

The undersigned certifies that as of February 26, 2025, the above Order has been endorsed by all necessary parties.

*/s/ Angela L. Shortall*
Angela L. Shortall, Trustee

cc:
U.S. Trustee
Debtor
Attorney for Debtor