The order below is hereby signed.

Signed: February 27 2025

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| In re | CASE NO. **24-00050** |
|---|---|
| **OMNI EXCAVATORS, INC.** | Chapter 11 – SubChapter V |
| Debtor | |

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE
## IN A DISMISSED CASE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case, Angela L. Shortall has performed all duties required of her in the administration of said Subchapter V estate;

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

| | |
|---|---|
| */S/ Angela L. Shortall* <br> Angela L. Shortall <br> 111 S. Calvert St., Suite 1400 <br> Baltimore, MD 21202 <br> Phone: 410-783-6385 <br> Ashortall@3cubed-as.com | *S/ Kristen S. Eustis* <br> Kristen S. Eustis <br> Office of the United States Trustee <br> 1725 Duke Street <br> Ste 650 <br> Alexandria, VA 22314 <br> 703-557-7227 <br> Email: Kristen.S.Eustis@usdoj.gov |

## CERTIFICATE PURSUANT TO LBR 9072

    The undersigned certifies that as of February 26, 2025, the above Order has been endorsed by all necessary parties.

                                                */s/ Angela L. Shortall*
                                                Angela L. Shortall, Trustee

cc:
U.S. Trustee
Debtor
Attorney for Debtor