The order below is hereby signed.

Signed: February 26 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                      |
                                            |
Omni Excavators, Inc.                       |   Case No. 24-00050-ELG
                                            |   (Chapter 11-Subchapter V)
                                            |
        Debtor                              |

### ORDER APPROVING SUBCHAPTER V TRUSTEE'S
### FIRST AND FINAL APPLICATION FOR COMPENSATION

Upon consideration of the Application of Angela L. Shortall, Subchapter V Trustee, for allowance of compensation and expenses for services performed for the period February 26, 2024 through November 13, 2024 (the "Application Period"), and any objections thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Application is APPROVED; and it is further

ORDERED, that Angela L. Shortall is awarded an administrative expense priority claim for professional services rendered as Subchapter V Trustee in the amount of $9,550.00 for the Application Period plus reimbursement of out-of-pocket expenses in the amount of $83.25 for a total claim of $9,633.25; and it is further

ORDERED, that the Debtor is hereby authorized and directed to pay the Applicant and judgment is awarded in the amount of $9,633.25, representing fees and expenses necessarily incurred during the Application Period.

I ask for this:

/s/ Angela L. Shortall
Angela Shortall
3Cubed Advisory Services, LLC
348 Thompson Creek Mall, Suite 339
Stevensville, MD 21666
Phone: 410-200-3465
Email:  ashortall@3cubed-as.com
*Chapter 11 SubV Trustee*

Seen and No objection:

| /s/Kristen S. Eustis | /s/Justin P. Fasano |
|---|---|
| Kristen S. Eustis, Esq. | Justin P. Fasano, Esq. |
| Office of the United States Trustee | McNamee Hosea, P.A. |
| 1725 Duke Street, Ste 650 | 6404 Ivy Lane, Ste 820 |
| Alexandria, VA 22314 | Greenbelt, MD 22070 |
| Phone: 703-557-7227 | Phone: 301-441-2420 |
| Email: Kristen.S.Eustis@usdoj.gov | Fax : 301-982-9450 |
| | Email: jfasano@mhlawyers.com |
| | *Counsel for Debtor* |

Cc:
Counsel for Debtor
Chapter 11 Trustee
US Trustee
All Creditors
All Interested Parties

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00050-ELG |
| Omni Excavators, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf001 | Total Noticed: 84 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Omni Excavators, Inc., 1818 New York Avenue, Suite 222, Washington, DC 20002-1851 |
| aty | + | Dawn C Stewart, 1600 N. Oak St., Suite 1216, Arlington, VA 22209-2756 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Construction and Master Laborers' Local Union 11, 9104 Old Marlboro Pike, Upper Marlboro, MD 20772-3625 |
| cr | + | District of Columbia Office of Attorney General, c, 400 6th Street, N.W., 9th Floor, Washington, DC 20001-0189 |
| cr | + | FIRST CITIZENS BANK AND TRUST COMPANY, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| cr | + | Financial Services Vehicle Trust, c/o Michael J. Klima, Jr., 8028 Ritchie Highway, Suite300, Pasadena, MD 21122-1075 |
| 775805 | + | Abotorob Rafi, 8526 Spartan Road, Fairfax, VA 22031-2127 |
| 775807 | + | Aldina Dias, 6906 Courageous Circle, Burke, VA 22015-4503 |
| 775808 | + | Allegiance Premium Finance Company, PO Box 1750, Cedar City, UT 84721-1750 |
| 775809 | + | Bio Clean, 1629 K St, Suite 300, Washington, DC 20006-1631 |
| 775810 | + | Builders Mutual Insurance Co., 5580 Centerview Dr, Raleigh, NC 27606-4599 |
| 776831 | + | Construction & Master Laborers' Local Union 11, c/o Brian Petruska, Esq., LIUNA MAROC, 1875 Explorer St., Ste. 920, Reston, VA 20190-6023 |
| 775812 | + | Construction Testing and Engineering, In, PO Box 381, Springfield, VA 22150-0381 |
| 775813 | + | Contractor Supplies and Services Inc., 7840 Cessna Ave., Suite D, Gaithersburg, MD 20879-4159 |
| 776026 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON, DC 20013-0520 |
| 775815 | + | DC Office of Unemployment Compensation, 4058 Minnesota Ave NE, Washington, DC 20019-3540 |
| 775814 | + | Davis Bucco & Makara, 10 E 6th Ave, Conshohocken, PA 19428-1798 |
| 775817 | + | East Chop LLC, c/o Kali Grosvenor, 1200 H Street NE, Washington, DC 20002-4445 |
| 775818 | | Elliot & Frantz, Inc., LB # 1483, PO Box 95000, Philadelphia, PA 19195-0001 |
| 776600 | + | Elliott & Frantz Inc, 450 E Church Road, King of Prussia, PA 19406-2625 |
| 775819 | + | Emerito Mata Gonzales, 6906 Ingram Street, Riverdale, MD 20737-1710 |
| 777752 | + | Fariba Amiri, 8360 Greensborough Drive, Apr 309, McLean, VA 22102-3511 |
| 775822 | + | Ferguson Enterprises, INc., 13890 Lowe Street, Chantilly, VA 20151-3277 |
| 776609 | + | Fort Myer Construction Corporation, 2237 33rd Street, NE, Washington, DC 20018-1594 |
| 775826 | + | Global Green Recycling LLC, 5900 Sheriff Road, Capitol Heights, MD 20743-6300 |
| 775828 | + | Joe Singh & Associates PC, 46090 Lake Center Plaza, Suite 108, Sterling, VA 20165-5877 |
| 775829 | + | Juan Vega, 7947 Yellow Spring Road, Frederick, MD 21702-2815 |
| 775830 | + | K.M.S. Storage LLC, c/o David Choi, 1818 New York Avenue NE, Sutie 5, Washington, DC 20002-1848 |
| 775831 | + | Kimberly Walker, 14200 Hardy Tavern Drive, Accokeek, MD 20607-4703 |
| 775832 | + | Mahin Rafi, 8526 Spartan Road, Fairfax, VA 22031-2127 |
| 775833 | + | Manuel Dias, 6906 Courageous Circle, Burke, VA 22015-4503 |
| 775834 | + | Mayah A'Shanti, Goldberg & Finnegan, LLC, 8401 Colesville Road, Suite 630, Silver Spring, MD 20910-3349 |
| 776618 | + | Metro Paving Cororation, 5470 Lafayette Place, Hyattsville, MD 20781-2347 |
| 775835 | + | Michael Murray, 1200 H St NE, Washington, DC 20002-4445 |
| 777048 | + | Mitsubishi HC Capital America, Inc., c/o Gordon & Rees, Attn: Kent Carter, One North Franklin, Ste. 800, Chicago, IL 60606-3422 |
| 775836 | + | Monumental Concrete, 5004 Cathedral Ave, NW, Suite 200, Washington, DC 20016-2646 |
| 776451 | + | Monumental Concrete, 3 DC Village Lane SW, Washington, DC 20032-5206 |

Case 24-00050-ELG   Doc 135   Filed 02/28/25   Entered 03/01/25 00:04:35   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf001 | Total Noticed: 84 |

| | | |
|---|---|---|
| 776623 | + | NEI Properties, LLC, 5751 Oak Ct., Indian Head, MD 20640-3750 |
| 775839 | + | NEI Properties, LLC, 5751 Oak St., Indian Head, MD 20640-3750 |
| 776905 | + | NEI Properties, LLC, 3300 Flowers Road, Upper Marlboro, MD 20774-3528 |
| 775837 | + | National Trench Safety, 260 N Sam Houston Pkwy E, Ste 200, Houston, TX 77060-2024 |
| 776622 | + | National Trench Safety, 260 North Sam Houston Pkwy E #200, Houston, TX 77060-2024 |
| 775838 | + | National Trench Safety, 11343 Maryland Avenue, Beltsville, MD 20705-1626 |
| 775840 | + | Premier Chemical, PO Box 12, Laurel, MD 20725-0012 |
| 776625 | | Prosper Inc., 4805 Frolich Lane, Hyattsville, MD 20781-1208 |
| 775841 | + | Robbins Law Group, PLLC, 1100 North Glebe Road, Suite 1010, Arlington, VA 22201-5786 |
| 776627 | + | TD Bank, 507 Prudential Road, Horsham, PA 19044-2308 |
| 775843 | | US Capital Associates, PO Box 1728, Silver Spring, MD 20915-1728 |
| 775844 | + | Victor Pinto, 5606 North 26th Street, Arlington, VA 22207-1408 |
| 775846 | + | Xylem Inc., 26717 Network Place, Chicago, IL 60673-1267 |
| 775845 | + | Xylem Inc., 301 Water Street SE, Suite 200, Washington, DC 20003-3739 |
| 776634 | + | Zev Cohen, 5624 Oak Place, Bethesda, MD 20817-3526 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: angela.coleman@dc.gov | Feb 26 2025 23:21:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ MEBN | Feb 26 2025 22:08:08 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 23:21:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ MEBN | Feb 26 2025 22:08:08 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | Email/Text: atlreorg@sec.gov | Feb 26 2025 23:21:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | Feb 26 2025 23:21:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 22:37:27 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 03:25:53 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: Stephon.Woods@dc.gov | Feb 26 2025 23:21:00 | District of Columbia Office of Attorney General, c, 400 6th Street, N.W., 9th Floor, Washington, DC 20001-0189 |
| cr | ^ MEBN | Feb 26 2025 22:08:09 | Ford Motor Credit Company LLC, c/o Michael J. Klima, Jr., 8028 Ritchie Highway, Suite 300, Pasadena, MD 21122-1360 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 23:07:07 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 776934 | Email/PDF: bncnotices@becket-lee.com | Feb 27 2025 03:36:05 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 775806 | + Email/Text: compliance@aegisinsco.com | Feb 26 2025 23:21:00 | Aegis Security Insurance, 4507 N. Front Street, Suite 200, Harrisburg, PA 17110-1787 |
| 776589 | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2025 23:21:00 | Ally Bank, PO Box 380903, Minneapolis, MN |

Case 24-00050-ELG   Doc 135   Filed 02/28/25   Entered 03/01/25 00:04:35   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0090-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf001 | Total Noticed: 84 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 776023 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 03:25:53 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | | | 55438-0903 |
| 776116 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 23:06:35 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 776592 | | Email/Text: rpanizo@capitolpaving.com | Feb 26 2025 23:21:00 | Capitol Paving of DC Inc, 2211 Channing St NE, Washington, DC 20018 |
| 776000 | ^ | MEBN | Feb 26 2025 22:08:10 | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 775816 | + | Email/Text: angela.coleman@dc.gov | Feb 26 2025 23:21:00 | District of Columbia, 1101 4th Street SW, Washington, DC 20024-4457 |
| 775823 | | Email/Text: legal@fiberlight.com | Feb 26 2025 23:21:00 | Fiberlight, LLC, Attn: Honey Campbell, Esq., 3000 Summit Place, Suite 200, Alpharetta, GA 30009 |
| 776906 | + | Email/Text: BKRMailOps@weltman.com | Feb 26 2025 23:21:00 | FIRST CITIZENS BANK AND TRUST COMPANY, c/o Weltman, Weinberg, and Reis Co., L.P, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 775825 | | Email/Text: citjaxbankruptcy@cit.com | Feb 26 2025 23:21:00 | First-Citizens Bank & Trust Company, 10201 Centurion Parkway North, Suite 100, Jacksonville, FL 32256 |
| 777633 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 23:21:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255 |
| 777566 | + | Email/Text: psadmin@finpac.com | Feb 26 2025 23:21:00 | Financial Pacific Leasing, INC., 3455 S 344th Way, Ste 300, Federal Way, WA 98001-9546 |
| 775824 | + | Email/Text: psadmin@finpac.com | Feb 26 2025 23:21:00 | Financial Pacific Leasing, Inc., P.O. Box 4568, Federal Way, WA 98063-4568 |
| 776608 | | Email/Text: EBNBKNOT@ford.com | Feb 26 2025 23:21:00 | Ford Motor Credit, PO Box 94380, Palatine, IL 60094-4380 |
| 776054 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 22:38:17 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 777617 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2025 22:37:30 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 775820 | | Email/Text: jfeinstein@mhccna.com | Feb 26 2025 23:21:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100, Itasca, IL 60143 |
| 775842 | + | Email/Text: bankruptcynotices@sba.gov | Feb 26 2025 23:21:00 | United States Small Business Administrat, 409 3rd St SW, Washington, DC 20416-0005 |
| 776631 | | Email/Text: va_tax_bk@harriscollect.com | Feb 26 2025 23:21:00 | Virginia Department of Taxatio, P.O. Box 1115, Richmond, VA 23218-1115 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Citizens Bank & Trust Company |
| cr | | Internal Revenue Service |
| cr | | Mitsubishi HC Capital America, Inc. |
| cr | | NEI Properties LLC |
| cr | | U.S. Small Business Administration |

| | | |
|---|---|---|
| 775811 | | Catherine R. Stuart, Stuart Law Firm PLLC, 1033 Wade Avenue Suite 202, NC 27065 |
| 776593 | | Catherine R. Stuart, Stuart Law Firm PLLC, 1033 Wade Avenue Suite 202, NC 27065 |
| 776585 | *+ | Abotorob Rafi, 8526 Spartan Road, Fairfax, VA 22031-2127 |
| 776586 | *+ | Aegis Security Insurance, 4507 N. Front Street, Suite 200, Harrisburg, PA 17110-1787 |
| 776587 | *+ | Aldina Dias, 6906 Courageous Circle, Burke, VA 22015-4503 |
| 776588 | *+ | Allegiance Premium Finance Company, PO Box 1750, Cedar City, UT 84721-1750 |
| 776117 | *+ | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 776590 | *+ | Bio Clean, 1629 K St, Suite 300, Washington, DC 20006-1631 |
| 776591 | *+ | Builders Mutual Insurance Co., 5580 Centerview Dr, Raleigh, NC 27606-4599 |
| 776594 | *+ | Construction Testing and Engineering, In, PO Box 381, Springfield, VA 22150-0381 |
| 776596 | *+ | DC Office of Unemployment Compensation, 4058 Minnesota Ave NE, Washington, DC 20019-3540 |
| 776595 | *+ | Davis Bucco & Makara, 10 E 6th Ave, Conshohocken, PA 19428-1798 |
| 776597 | *+ | District of Columbia, 1101 4th Street SW, Washington, DC 20024-4457 |
| 776598 | *+ | East Chop LLC, c/o Kali Grosvenor, 1200 H Street NE, Washington, DC 20002-4445 |
| 776599 | * | Elliot & Frantz, Inc., LB # 1483, PO Box 95000, Philadelphia, PA 19195-0001 |
| 776601 | *+ | Emerito Mata Gonzales, 6906 Ingram Street, Riverdale, MD 20737-1710 |
| 776605 | *P++ | FIBERLIGHT LLC, ATTN LEGAL DEPARTMENT- J GREENE, 3000 SUMMIT PLACE, SUITE 200, ALPHARETTA GA 30009-2524, address filed with court:, Fiberlight, LLC, Attn: Honey Campbell, Esq., 3000 Summit Place, Suite 200, Alpharetta, GA 30009 |
| 776607 | *P++ | FIRST CITIZENS BANK AND TRUST COMPANY, 10201 CENTURION PARKWAY N STE 100, JACKSONVILLE FL 32256-4114, address filed with court:, First-Citizens Bank & Trust Company, 10201 Centurion Parkway North, Suite 100, Jacksonville, FL 32256 |
| 776603 | *+ | Fariba Amiri, 8360 Greensborough Dr., Apt. 309, Mc Lean, VA 22102-3512 |
| 776604 | *+ | Ferguson Enterprises, INc., 13890 Lowe Street, Chantilly, VA 20151-3277 |
| 776606 | *+ | Financial Pacific Leasing, Inc., P.O. Box 4568, Federal Way, WA 98063-4568 |
| 776057 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 775827 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 776610 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 776611 | *+ | Joe Singh & Associates PC, 46090 Lake Center Plaza, Suite 108, Sterling, VA 20165-5877 |
| 776612 | *+ | Juan Vega, 7947 Yellow Spring Road, Frederick, MD 21702-2815 |
| 776613 | *+ | K.M.S. Storage LLC, c/o David Choi, 1818 New York Avenue NE, Sutie 5, Washington, DC 20002-1848 |
| 776614 | *+ | Kimberly Walker, 14200 Hardy Tavern Drive, Accokeek, MD 20607-4703 |
| 776602 | *P++ | MITSUBISHI HC CAPITAL AMERICA INC, 1 PIERCE PLACE SUITE 1100 WEST, ITASCA IL 60143-3149, address filed with court:, Engs Commercial Finance Co., One Pierce Place, Suite 1100, Itasca, IL 60143 |
| 776615 | *+ | Mahin Rafi, 8526 Spartan Road, Fairfax, VA 22031-2127 |
| 776616 | *+ | Manuel Dias, 6906 Courageous Circle, Burke, VA 22015-4503 |
| 776617 | *+ | Mayah A'Shanti, Goldberg & Finnegan, LLC, 8401 Colesville Road, Suite 630, Silver Spring, MD 20910-3349 |
| 776619 | *+ | Michael Murray, 1200 H St NE, Washington, DC 20002-4445 |
| 776620 | *+ | Monumental Concrete, 3 DC Village Lane SW, Washington, DC 20032-5206 |
| 776621 | *+ | National Trench Safety, 11343 Maryland Avenue, Beltsville, MD 20705-1626 |
| 776624 | *+ | Premier Chemical, PO Box 12, Laurel, MD 20725-0012 |
| 776626 | *+ | Robbins Law Group, PLLC, 1100 North Glebe Road, Suite 1010, Arlington, VA 22201-5786 |
| 776629 | * | US Capital Associates, PO Box 1728, Silver Spring, MD 20915-1728 |
| 776628 | *+ | United States Small Business Administrat, 409 3rd St SW, Washington, DC 20416-0005 |
| 776630 | *+ | Victor Pinto, 5606 North 26th Street, Arlington, VA 22207-1408 |
| 776633 | *+ | Xylem Inc., 26717 Network Place, Chicago, IL 60673-1267 |
| 776632 | *+ | Xylem Inc., 301 Water Street SE, Suite 200, Washington, DC 20003-3739 |
| 775821 | ##+ | Fariba Amiri, 8360 Greensborough Dr., Apt. 309, Mc Lean, VA 22102-3512 |

TOTAL: 7 Undeliverable, 40 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf001 | Total Noticed: 84 |
| Date: Feb 28, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Angela Shortall
ashortall@3cubed-as.com md70@ecfcbis.com

Brian J Petruska
on behalf of Creditor Construction and Master Laborers' Local Union 11 bpetruska@maliuna.org

Daniel M. Press
on behalf of Creditor NEI Properties LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Dawn C. Stewart
on behalf of Plaintiff Fariba Amiri DStewart@thestewartlawfirm.com

Dawn C. Stewart
on behalf of Attorney Dawn C Stewart DStewart@thestewartlawfirm.com

Dorothy Carol Sasser
on behalf of Creditor First Citizens Bank & Trust Company dsasser@siwpc.com
dpesachowitz@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Fariba Amiri
documentsomni@gmail.com

Gordon S Woodward
on behalf of Creditor Mitsubishi HC Capital America Inc. gwoodward@grsm.com, kpatrick@grsm.com

Johnie Rush Muncy
on behalf of Creditor First Citizens Bank & Trust Company jmuncy@siwpc.com
dpesachowitz@siwpc.com;dsasser@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Justin Philip Fasano
on behalf of Debtor In Possession Omni Excavators Inc. jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant Manual Dias jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant Abotarob Rafi jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
on behalf of Defendant Omni Excavators Inc. jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Michael J Klima, Jr
on behalf of Creditor Ford Motor Credit Company LLC jklima@kpdlawgroup.com

Michael J Klima, Jr
on behalf of Creditor Financial Services Vehicle Trust jklima@kpdlawgroup.com

Nancy L. Alper
on behalf of Creditor District of Columbia Office of Attorney General c/o Bankruptcy Counsel nancy.alper@dc.gov

Oliver W McDaniel
on behalf of Creditor Internal Revenue Service oliver.mcdaniel@usdoj.gov melissa.goforth.koenig@usdoj.gov

Oliver W McDaniel
on behalf of Creditor U.S. Small Business Administration oliver.mcdaniel@usdoj.gov melissa.goforth.koenig@usdoj.gov

Seth Adam Robbins
on behalf of Defendant Omni Excavators Inc. srobbins@robbins-lawgroup.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1 User: admin Page 6 of 6
Date Rcvd: Feb 26, 2025 Form ID: pdf001 Total Noticed: 84
TOTAL: 21