The order below is hereby signed.

Signed: February 27 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re

**OMNI EXCAVATORS, INC.**

Debtor

CASE NO. **24-00050**

Chapter 11 – SubChapter V

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE
## IN A DISMISSED CASE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case, Angela L. Shortall has performed all duties required of her in the administration of said Subchapter V estate;

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from and relieved of her trust.

| /S/ Angela L. Shortall<br>Angela L. Shortall<br>111 S. Calvert St., Suite 1400<br>Baltimore, MD 21202<br>Phone: 410-783-6385<br>Ashortall@3cubed-as.com | S/ Kristen S. Eustis<br>Kristen S. Eustis<br>Office of the United States Trustee<br>1725 Duke Street<br>Ste 650<br>Alexandria, VA 22314<br>703-557-7227<br>Email: Kristen.S.Eustis@usdoj.gov |
|---|---|

## **CERTIFICATE PURSUANT TO LBR 9072**

The undersigned certifies that as of February 26, 2025, the above Order has been endorsed by all necessary parties.

*/s/ Angela L. Shortall*
Angela L. Shortall, Trustee

cc:
U.S. Trustee
Debtor
Attorney for Debtor

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00050-ELG |
| Omni Excavators, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2025 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Omni Excavators, Inc., 1818 New York Avenue, Suite 222, Washington, DC 20002-1851 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 01, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Shortall | ashortall@3cubed-as.com md70@ecfcbis.com |
| Brian J Petruska | on behalf of Creditor Construction and Master Laborers' Local Union 11 bpetruska@maliuna.org |
| Daniel M. Press | on behalf of Creditor NEI Properties LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Dawn C. Stewart | on behalf of Attorney Dawn C Stewart DStewart@thestewartlawfirm.com |
| Dawn C. Stewart | on behalf of Plaintiff Fariba Amiri DStewart@thestewartlawfirm.com |
| Dorothy Carol Sasser | on behalf of Creditor First Citizens Bank & Trust Company dsasser@siwpc.com |

District/off: 0090-1      User: admin      Page 2 of 2
Date Rcvd: Feb 27, 2025      Form ID: pdf001      Total Noticed: 1

| | |
|---|---|
| | dpesachowitz@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Fariba Amiri | documentsomni@gmail.com |
| Gordon S Woodward | on behalf of Creditor Mitsubishi HC Capital America Inc. gwoodward@grsm.com, kpatrick@grsm.com |
| Johnie Rush Muncy | on behalf of Creditor First Citizens Bank & Trust Company jmuncy@siwpc.com dpesachowitz@siwpc.com;dsasser@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Justin Philip Fasano | on behalf of Defendant Abotarob Rafi jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant Omni Excavators Inc. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Debtor In Possession Omni Excavators Inc. jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant Manual Dias jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Michael J Klima, Jr | on behalf of Creditor Financial Services Vehicle Trust jklima@kpdlawgroup.com |
| Michael J Klima, Jr | on behalf of Creditor Ford Motor Credit Company LLC jklima@kpdlawgroup.com |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of Attorney General c/o Bankruptcy Counsel nancy.alper@dc.gov |
| Oliver W McDaniel | on behalf of Creditor Internal Revenue Service oliver.mcdaniel@usdoj.gov melissa.goforth.koenig@usdoj.gov |
| Oliver W McDaniel | on behalf of Creditor U.S. Small Business Administration oliver.mcdaniel@usdoj.gov melissa.goforth.koenig@usdoj.gov |
| Seth Adam Robbins | on behalf of Defendant Omni Excavators Inc. srobbins@robbins-lawgroup.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 21