# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

---

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Samuel I. White, P.C., by counsel, hereby provides notice that Johnie Rush Muncy (Bar No. 1025009) withdraws as counsel from the cases listed on the attached Exhibit A as of the date of this notice.

PLEASE TAKE NOTICE additionally that Dorothy Carol Sasser, Esq. (Bar No. 1020873), an attorney who continues to be employed by Samuel I. White, P.C., is substituted as counsel in the place of Johnie Rush Muncy in the cases listed on the attached Exhibit A.

Respectfully submitted,

Samuel I. White, P.C.

By:

**/s/JOHNIE R. MUNCY**

Johnie Rush Muncy, Bar No. 1025009

**/s/D. Carol Sasser**

Dorothy Carol Sasser, Bar No. 1020873

448 Viking Drive, Suite 350

Virginia Beach, VA 23452

Samuel I. White, P.C.

Tel: (757) 490-9284

Fax: (757) 490-8143

dsasser@siwpc.com

CERTIFICATE OF SERVICE

    I certify that on March 4, 2025, the foregoing Notice of Withdrawal and Substitution of Counsel was served via CM/ECF on all parties registered to receive electronic notice.

                              **/s/JOHNIE R. MUNCY**
                              Johnie R. Muncy, Esquire

# Exhibit A

| Case No. | Case Title | Chapter | Date Filed |
|---|---|---|---|
| 19-00286-ELG | Peter Alexander Demchuk and Hallye Lynn Galbraith | 13 | 4/26/2019 |
| 19-00595-ELG | Edwina Richardson | 13 | 9/6/2019 |
| 19-00634-ELG | Lynnette Karen Marie Jeffers | 13 | 9/24/2019 |
| 19-00828-ELG | Jaspreet Kaur Attariwala | 13 | 12/17/2019 |
| 20-00006-ELG | Erin Michelle Rosebar | 13 | 1/6/2020 |
| 20-00244-ELG | Zenovia Wright | 13 | 5/27/2020 |
| 21-00110-ELG | Francina B Alexander Lee | 13 | 4/20/2021 |
| 21-00265-ELG | Gwendolyn C Young | 13 | 11/3/2021 |
| 22-00052-ELG | Fathia S. Boussaa | 13 | 3/22/2022 |
| 23-00160-ELG | Rachel H Dove | 13 | 6/20/2023 |
| 23-00254-ELG | Harry Edwin Hamilton | 13 | 9/8/2023 |
| 23-00307-ELG | Keviar Warner | 13 | 10/20/2023 |
| 23-00324-ELG | Pamela Lanita Birch | 7 | 10/31/2023 |
| 24-00023-ELG | Ngozi Mary Maurice Azoroh | 7 | 1/29/2024 |
| 24-00050-ELG | Omni Excavators, Inc. | 11 | 2/23/2024 |
| 24-00146-ELG | Rosemary A. Clements | 7 | 4/29/2024 |
| 24-00299-ELG | Dana Bacon | 13 | 8/29/2024 |
| 24-00320-ELG | Ashura Kenji-Badru Goines, Sr. | 7 | 9/18/2024 |
| 24-00360-ELG | Lisa Danielle Frazier | 13 | 10/23/2024 |
| 24-00382-ELG | Doriann Renee Thomas | 13 | 11/12/2024 |
| 25-00003-ELG | Fatima Ali Johnson | 7 | 1/3/2025 |